IN RE NORWOOD and IN RE HAIGLER

No. 103 PC.

Case below: 43 N.C. App. 356.

Petition by Norwood for discretionary review under G.S. 7A-31 denied 8 January 1980.

IN RE SIMMONS

No. 97 PC.

Case below: 43 N.C. App. 123.

Petition by caveators for discretionary review under G.S. 7A-31 denied 8 January 1980.

JAMES v. HUNT

No. 89 PC.

Case below: 43 N.C. App. 109.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 January 1980.

KARRIKER v. SIGMON

No. 88 PC.

Case below: 43 N.C. App. 224.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

MAINES v. CITY OF GREENSBORO

No. 44.

Case below: 43 N.C. App. 553.

Motion of defendant to dismiss appeal for lack of substantial constitutional question denied 8 January 1980.